UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   THOMAS M CHAPES                               §      Case No.: 05-63957
         NANCY A CHAPES                                §
                                                       §
         Debtor(s)                                     §

------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/14/2005.

2) This case was confirmed on 03/16/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/17/2008.

6) Number of months from filing to the last payment: 35

7) Number of months case was pending: 47

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    2,750.00

10) Amount of unsecured claims discharged without payment $   3,923.34

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 57,564.00 |
| Less amount refunded to debtor | $ 4,429.02 |
| **NET RECEIPTS** | $ 53,134.98 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,987.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 3,343.08 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,330.08 |
| Attorney fees paid and disclosed by debtor | $ 513.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NATIONAL AUTO FINANC | SECURED | 9,000.00 | 18,971.84 | 18,000.00 | 18,000.00 | 920.15 |
| NATIONAL AUTO FINANC | UNSECURED | 9,220.14 | 971.84 | 971.84 | 971.84 | 158.89 |
| INTERNAL REVENUE SER | PRIORITY | 384.00 | 317.60 | 317.60 | 317.60 | 27.76 |
| ADVANCED RADIOLOGY C | UNSECURED | 16.00 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 12.70 | NA | NA | .00 | .00 |
| MALCOLM S GERALD | OTHER | .00 | NA | NA | .00 | .00 |
| ALLIANCE COLLECTION | UNSECURED | 937.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 1,564.81 | 1,564.81 | 1,564.81 | 1,564.81 | 255.82 |
| AT&T WIRELESS | UNSECURED | 351.56 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | OTHER | .00 | NA | NA | .00 | .00 |
| GC SERVICES DATA CON | OTHER | .00 | NA | NA | .00 | .00 |
| LDG FINANCIAL SERVIC | OTHER | .00 | NA | NA | .00 | .00 |
| PALISADES COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| SUNRISE CREDIT SERVI | OTHER | .00 | NA | NA | .00 | .00 |
| CAMEO ENDODONTICS | UNSECURED | 245.00 | NA | NA | .00 | .00 |
| CENTRAL CREDIT UNION | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,692.57 | 1,055.15 | 1,055.15 | 1,055.15 | 222.77 |
| ALLIANCE ONE | OTHER | .00 | NA | NA | .00 | .00 |
| BLITT & GAINES | OTHER | .00 | NA | NA | .00 | .00 |
| OSI COLLECTION SERVI | OTHER | .00 | NA | NA | .00 | .00 |
| CENTRAL CREDIT UNION | UNSECURED | 4,113.00 | .00 | .00 | .00 | .00 |
| CHECK INTO CASH INC | UNSECURED | 447.00 | 468.00 | 468.00 | 468.00 | 68.58 |
| AT & T WIRELESS | UNSECURED | 531.98 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FINANCIAL ASSET MANA | OTHER | .00 | NA | NA | .00 | .00 |
| DAILY HERALD | UNSECURED | 26.00 | NA | NA | .00 | .00 |
| BIEHL & BIEHL | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 71.00 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | OTHER | .00 | NA | NA | .00 | .00 |
| BROWN UDELL & POMERA | UNSECURED | 713.55 | 718.05 | 718.05 | 718.05 | 104.80 |
| LAKES PROPANE | UNSECURED | 297.07 | 347.93 | 347.93 | 347.93 | 50.48 |
| LITHOLINK | UNSECURED | 17.70 | NA | NA | .00 | .00 |
| LTD COMMODITIES | UNSECURED | 131.14 | NA | NA | .00 | .00 |
| LUTHERAN GENERAL HOS | UNSECURED | 4.43 | NA | NA | .00 | .00 |
| MARSHFIELD CLINIC | UNSECURED | 284.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 673.00 | 1,036.80 | 1,036.80 | 1,036.80 | 151.36 |
| PARK DANSAN | OTHER | .00 | NA | NA | .00 | .00 |
| *NICOR GAS | UNSECURED | 254.44 | 450.62 | 450.62 | 450.62 | 73.69 |
| NORTH SUBURBAN MED C | UNSECURED | 23.04 | NA | NA | .00 | .00 |
| ORTHOPAEDIC SURGERY | UNSECURED | 121.30 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS | OTHER | .00 | NA | NA | .00 | .00 |
| PARK RIDGE ANESTHESI | UNSECURED | 215.20 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | OTHER | .00 | NA | NA | .00 | .00 |
| RESURRECTION IMMEDIA | UNSECURED | 121.00 | NA | NA | .00 | .00 |
| MALCOLM S GERALD | OTHER | .00 | NA | NA | .00 | .00 |
| RUDY SABBAGHA MD | UNSECURED | 128.00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 13,036.94 | 12,369.42 | 12,369.42 | 12,369.42 | 2,021.84 |
| ULTRA SALON COSMETIC | UNSECURED | 222.15 | NA | NA | .00 | .00 |
| UNITED SHOCK WAVE SE | UNSECURED | 135.50 | NA | NA | .00 | .00 |
| I C COLLECTION SERVI | OTHER | .00 | NA | NA | .00 | .00 |
| UROPARTNERS LLC | UNSECURED | 22.70 | NA | NA | .00 | .00 |
| WOW INTERNET CABLE | UNSECURED | 234.41 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 559.43 | 559.43 | 559.43 | 91.39 |
| INTERNAL REVENUE SER | UNSECURED | .00 | 444.60 | 403.93 | 403.93 | 66.09 |
| CAPITAL ONE | UNSECURED | NA | 1,228.74 | 1,228.74 | 1,228.74 | 200.88 |
| AMERICASH LOANS LLC | UNSECURED | NA | 1,801.86 | 1,801.86 | 1,801.86 | 294.51 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| CHECK INTO CASH | OTHER | .00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | NA | 1,912.50 | 1,524.97 | 1,524.97 | 276.74 |
| H T GLADD AND MIRROR | UNSECURED | 71.53 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 18,000.00 | 18,000.00 | 920.15 |
| **TOTAL SECURED:** | 18,000.00 | 18,000.00 | 920.15 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 317.60 | 317.60 | 27.76 |
| **TOTAL PRIORITY:** | 317.60 | 317.60 | 27.76 |
| **GENERAL UNSECURED PAYMENTS:** | 24,501.55 | 24,501.55 | 4,037.84 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,330.08 |
| Disbursements to Creditors | $ | 47,804.90 |
| **TOTAL DISBURSEMENTS:** | $ | 53,134.98 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/29/2009              /s/ Tom  Vaughn
                                 Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**